**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENDALL LEE LOWREY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-07-620-R |
| | ) | |
| **GRADY COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff, filed this action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to United States Magistrate Judge Robert E. Bacharach, for preliminary review. On July 6, 2007, Judge Bacharach issued a Report and Recommendation recommending that Plaintiff's request for leave to proceed in forma pauperis be denied. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Finally, Plaintiff has not paid the filing fee, an option noted by Judge Bacharach in the Report and Recommendation. Accordingly, the Court hereby ADOPTS the Report and Recommendation and this matter is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 6th day of August 2007.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE